1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                   No.  2:14-cv-01368-AC

12                 Plaintiff,

13            v.                                  ORDER

14   APPROXIMATELY $27,000.00 IN U.S.
     CURRENCY,
15
                   Defendant.
16

17

18          On July 27, 2015, claimant Bounhom ("Kate") Keovotabouth filed a motion to appear

19   telephonically at the court's July 29, 2015 hearing.  ECF No. 25.  Good cause appearing, THE

20   COURT HEREBY GRANTS claimant's motion.  Counsel for Keovotabouth is instructed to

21   contact courtroom deputy, Valerie Callen, (916) 930-4199, prior to the hearing and advise the

22   court of the telephone number at which counsel can be reached.

23   DATED:  July 28, 2015

24                                      _____/S/_____
                                        ALLISON CLAIRE
25                                      UNITED STATES MAGISTRATE JUDGE

26

27

28
                                                 1