UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cv-01368-AC |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $27,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came before the Honorable Magistrate Allison Claire on the United States' motion for default judgment and final judgment of forfeiture. There was no appearance by any of the Non-Appearing Parties (Bounoum Thammavong, Saysongham Santisouk, and Sau Fung Cheung). Based on the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. Bounoum Thammavong, Saysongham Santisouk, and Sau Fung Cheung are held in default.

2. A judgment by default is hereby entered against any right, title, or interest in the above-captioned Defendant Currency of Bounoum Thammavong, Saysongham Santisouk, and Sau Fung Cheung and all other potential claimants who have not filed claims in this action.

/////

3. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into between the United States and Bounhom Keovorabouth.

4. Pursuant to the Stipulation for Final Judgment of Forfeiture, all right, title, and interest in $14,000.00 of the Defendant Currency, together with any interest that may have accrued on the entire $27,000.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

5. Upon entry of this Default Judgment and Final Judgment of Forfeiture, but no later than 45 days thereafter, $13,000.00 of the Defendant Currency shall be returned to Claimant through her attorney Yan E. Shrayberman, P.O. Box 506, Fresno, California, 93709, telephone (559) 779-2315.

6. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimant agrees to waive the provisions of California Civil Code § 1542.

7. All parties shall bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Stipulation for Final Judgment of Forfeiture.

IT IS SO ORDERED.

DATED: July 29, 2015

                                          _____/S/ Allison Claire_____
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE